858 A.2d 585

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Clyde Kevin MIDDLETON, Respondent.**

**No. 945 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Aug. 12, 2004.

### *ORDER*

PER CURIAM:

AND NOW, this 12th day of August, 2004, upon consideration of the recommendation of the Disciplinary Board dated June 11, 2004, it is hereby

ORDERED that CLYDE KEVIN MIDDLETON be subjected to PUBLIC CENSURE by the Supreme Court.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.